Micha Star Liberty (SBN 215687)
Leah Simmet (SBN 320096)
**LIBERTY LAW**
1970 Broadway, Suite 700
Oakland, CA 94612
Telephone: (510) 645-1000
Facsimile: (888) 645-2008
E-mail: team@libertylaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.V., a minor, by and through her *Guardian ad Litem* RON V., <br><br> Plaintiff, <br><br> v. <br><br> VACAVILLE UNIFIED SCHOOL DISTRICT, a public entity; JANE SHAMIEH, an individual; KIM KLOPSON, an individual, and DOES 1 through 50, inclusive <br><br> Defendants. | Case No. 2:19-cv-0273 KJM DB <br><br> **ORDER APPOINTING RON V. AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF I.V.** |

RON V., having filed an administrative motion for an Order appointing him as *Guardian ad Litem* for Plaintiff I.V. and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT RON V. is appointed *Guardian ad Litem* for the minor Plaintiff I.V. in the above-entitled matter.

DATED: February 22, 2019.

_____
UNITED STATES DISTRICT JUDGE

- 1 -
ORDER APPOINTING RON V. AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF I.V.