JASON M. SHERMAN, ESQ. (SBN 245190)
jason@jsl-law.com
KRISTEN M. CAPRINO, ESQ. (SBN 306815)
kristen@jsl-law.com
JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation
Harvard Square
2180 Harvard Street, Suite 560
Sacramento, CA 95815
Telephone: (916) 921-5800
Facsimile: (916) 921-0247

Attorneys for DEFENDANTS:
VACAVILLE UNIFIED SCHOOL DISTRICT and JANE SHAMIEH

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.V., a minor by and through her *Guardian ad Litem* RON V..,<br><br>Plaintiff,<br><br>v.<br><br>VACAVILLE UNIFIED SCHOOL DISTRICT, a public entity; JANE SHAMIEH, an individual; KIM KLOPSON, an individual, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 2:19-cv-000273-KJM-DB<br><br>**STIPULATION AND ORDER RE: EXTENSION OF TIME FOR DEFENDANTS VACAVILLE UNIFIED SCHOOL DISTRICT AND JANE SHAMIEH TO ANSWER THE FIRST AMENDED COMPLAINT**<br><br>Complaint Filed: February 13, 2019<br>Trial Date: None Set |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff I.V. ("Plaintiff") and Defendant VACAVILLE UNIFIED SCHOOL DISTRICT ("District") and JANE SHAMIEH ("Defendants"), pursuant to Local Rules 137, 143, and 144, that Defendants should be granted an extension of time to file an answer to Plaintiff's First Amended Complaint for the following reasons:

Defendants intend to file a Motion to Dismiss to Plaintiff's First Amended Complaint. Pursuant to Federal Rule of Civil Procedure Rule 15(a)(3), an Answer would be due to be filed

1

**STIPULATION AND ORDER RE: EXTENSION OF TIME FOR DEFENDANTS VACAVILLE UNIFIED SCHOOL DISTRICT AND JANE SHAMIEH TO ANSWER THE FIRST AMENDED COMPLAINT**

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

concurrently with Defendants' Motion to Dismiss. As such, filing an Answer prior to or concurrently with the Motion to Dismiss could result in a waste of time and resources. No previous extensions of time have been sought.

The parties therefore agree and stipulate that Defendants should be granted an extension to file an Answer to the First Amended Complaint to a period of time to be set forth by the Court in its ruling on the Motion to Dismiss.

Dated: May 21, 2019    JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation

/s/ Jason M. Sherman
JASON M. SHERMAN

Dated: May 21, 2019    LIBERTY LAW

/s/ Micha Star Liberty (authorized on May 21, 2019)
MICHA STAR LIBERTY

**PURSUANT TO THE STIPULATION AND GOOD CAUSE APPEARING,** the Defendants to file an Answer to Plaintiff's First Amended Complaint is extended to a period of time to be set forth by the Court in its ruling on the Motion to Dismiss.

Dated: June 3, 2019.

_____
UNITED STATES DISTRICT JUDGE