JASON M. SHERMAN, ESQ. (SBN 245190)
jason@jsl-law.com
KRISTEN M. CAPRINO, ESQ. (SBN 306815)
kristen@jsl-law.com
JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation
Harvard Square
2180 Harvard Street, Suite 560
Sacramento, CA 95815
Telephone: (916) 921-5800
Facsimile: (916) 921-0247

Attorneys for DEFENDANT:
VACAVILLE UNIFIED SCHOOL DISTRICT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.V., a minor by and through her *Guardian ad Litem* RON V..,<br><br>Plaintiff,<br><br>v.<br><br>VACAVILLE UNIFIED SCHOOL DISTRICT, a public entity; JANE SHAMIEH, an individual; KIM KLOPSON, an individual, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 2:19-cv-000273-KJM-DB<br><br>**NOTICE OF CONDITIONAL SETTLEMENT**<br><br>Complaint Filed: February 13, 2019<br>Trial Date: None Set |

Pursuant to Local Rule 160, the Parties in the above captioned case hereby give notice that the parties have reached a conditional settlement. The Parties request that all calendared dates and hearings be vacated.

The Parties request an extension from the Court of the usual 21 days to file dispositional documents as provided for in Local Rule 160(b), as good cause exists to extend that timeline to 90 days.

///

The settlement is conditional on the approval of the Joint Powers Authority which provides coverage for Defendants. Due to the amount of the settlement, which is over seven figures, the settlement must be approved by an excess committee. The Joint Powers Authority may not be able to meet to approve the settlement until late August, though it is attempting to coordinate an earlier date.

In addition, the Plaintiff in this matter is an autistic minor, and Court approval of the settlement is required. Plaintiff's counsel needs additional time to coordinate and set up an appropriate financial structure for the settlement funds, then prepare and file a Petition for Approval of a Minor's Compromise.

Finally, the Joint Powers Authority is a California public entity, and the distribution of settlement checks can take up to 30 days after the Court approves the settlement and issues an order directing how the settlement funds are to be disbursed.

The parties therefore request that the Court permit dispositional documents to be filed within 90 days of the date of this Notice of Settlement.

Dated: May 14, 2020

JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation

By:_/s/ Jason M. Sherman_____
    JASON M. SHERMAN
    KRISTEN M. CAPRINO
Attorney for Defendant VACAVILLE UNIFIED SCHOOL DISTRICT

Dated: May 14, 2020      _/s/ Ian Hansen _(as authorized on 5/14/20)_____
IAN HANSEN
**Liberty Law**
Attorneys for Plaintiff

Dated: May 14, 2020      _/s/ Lynn A. Garcia_(as authorized on 5/14/20__
LYNN A. GARCIA
**Spinelli, Donald & Nott**
Attorneys for Defendant Kim Klopson