Lisa Bloom, Esq. (SBN 158458)
Arick Fudali, Esq. (SBN 296364)
Alan Goldstein, Esq. (SBN 296430)
**THE BLOOM FIRM**
7655 Winnetka Ave., #3408
Winnetka, CA 91396
Telephone: (818) 914-7303
Facsimile: (818) 884-8079
E-mail: Arick@thebloomfirm.com

*Former Attorneys for Plaintiff* I.V., a minor,
by and through her *Guardian ad Litem* Ron V.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.V., a minor, by and through her *Guardian ad Litem* Ron V., <br><br> Plaintiff, <br><br> v. <br><br> VACAVILLE UNIFIED SCHOOL DISTRICT, a public entity; JANE SHAMIEH, an individual; KIM KLOPSON, an individual; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 2:19-cv-00273-KJM-DB [The Hon. Kimberly J. Mueller] <br><br> **NOTICE OF LIEN** <br><br> Case Filed: February 13, 2019 |

NOTICE OF LIEN                                    Case No. 2:19-cv-00273-KJM-DB

**TO THE ABOVE-ENTITLED COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**YOU ARE HEREBY NOTIFIED that** The Bloom Firm was formerly attorney of record for Plaintiff I.V., a minor, by and through her Guardian ad Litem Ron V, in this action, but has been relieved as attorney of record on March 30, 2020.

**YOU ARE HEREBY FURTHER NOTIFIED that**, in accordance with the terms of a written fee agreement, The Bloom Firm hereby claims and asserts an equitable and contractual lien ahead of all others on any judgment, settlement, or any other payment made for or on behalf of Plaintiffs and/or Plaintiff's counsel to secure payment for legal services rendered and costs and expenses advanced on her behalf.


Dated: June 4, 2020                **THE BLOOM FIRM**

                        By:      /s/ Alan Goldstein
                                 Arick Fudali
                                 Alan Goldstein
                                 The Bloom Firm

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

I.V., etc., v. Vacaville Unified School District, etc., et al.
United States District Court – Eastern District of California
Case No. 2:19-cv-00273-KJM-DB

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is The Bloom Firm which is located at 7655 Winnetka Avenue, #3408, Winnetka, California 91396.

On June 4, 2020, I served the following document on the interested parties using the Court's CM/ECF system pursuant to Local Rules:

**NOTICE OF LIEN.**

The above-referenced document was electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed as follows:

**PLEASE SEE ATTACHED SERVICE LIST.**

[X]   **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that I am employed in the offices of a member of the Bar of this Court at whose direction this service was made.

Executed June 4, 2020, at Reseda, California.

JENNY BATDORJ                                    _____
(Print or Type Name)                                      (Signature of Declarant)

- 3 -

## SERVICE LIST

Jason M. Sherman, Esq.
Kristen M. Caprino, Esq.
JOHNSON SCHACHTER & LEWIS
Harvard Square
2180 Harvard Street, Suite 560
Sacramento, California 95815
Email: jason@jsl-law.com
       kristen@jsl-law.com

Lynn Garcia, Esq.
SPINELLI, DONALD & NOTT
601 University Avenue, #225
Sacramento, California 95825
Email: lynng@sdnlaw.com

Micha Star Liberty (SBN 215687)
Ian Hansen (SBN 255449)
LIBERTY LAW
1970 Broadway, Suite 700
Oakland, CA 94612
Telephone: (510) 645-1000
Facsimile: (888) 645-2008
Email: Micha@Libertylaw.com
      Ian@Libertylaw.com

NOTICE OF LIEN
Case No. 2:19-cv-00273-KJM-DB