1  Micha Star Liberty (SBN 215687)
   H. Larry Elam III (SBN 178836)
2  **LIBERTY LAW**
   1970 Broadway, Suite 700
3  Oakland, CA 94612
   Telephone: (510) 645-1000
4  Facsimile: (888) 645-2008
   E-mail: team@libertylaw.com
5
   *Attorneys for Plaintiff, I.V.*
6

7
                    **UNITED STATES DISTRICT COURT**
8
              **EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO**
9

10 | I.V., a minor, by and through her Guardian ad Litem Ron V., | Case No. 2:19-cv-00273-KJM-DB |
11 | | |
   | Plaintiff, | **NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR ORDER** |
12 | | |
   | v. | |
13 | | |
14 | VACAVILLE UNIFIED SCHOOL DISTRICT, a public entity; JANE SHAMIEH, an individual; KIM KLOPSON, an individual; and DOES 1 through 50, inclusive, | Courtroom:   Courtroom 3, 15th floor |
15 | | Judge:   The Hon. Kimberly J. Mueller |
16 | | |
17 | Defendants. | Case Filed: February 13, 2019 |

PLEASE TAKE NOTICE that Ian Hansen, formerly of Liberty Law, hereby respectfully withdraws his appearance as counsel of record for Plaintiffs in the above-captioned case as he is no longer employed by Liberty Law effective September 11, 2020.

Micha Star Liberty of Liberty Law will continue to serve as lead counsel for Plaintiff I.V. for all purposes, including the pending Application for a Minor's Compromise which is set for hearing October 16, 2020.

Dated: September 16, 2020

Respectfully Submitted,

By: */s/ Ian Hansen*
Micha Star Liberty (SBN 215687)
Ian Hansen (255449)
LIBERTY LAW
1970 Broadway, Suite 700
Oakland, CA 94612
Telephone: (510) 645-1000
Facsimile: (888) 645-2008
E-mail: team@libertylaw.com

Attorneys for Plaintiff I.V.

**IT IS SO ORDERED**

Dated:  September 16, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE