Micha Star Liberty (SBN 215687)
Ian Hansen (SBN 255449)
H. Larry Elam III (SBN 178836)
**LIBERTY LAW**
1970 Broadway, Suite 700
Oakland, CA 94612
Telephone: (510) 645-1000
Facsimile: (888) 645-2008
E-mail: team@libertylaw.com

*Attorneys for Plaintiff, I.V.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO

| | |
|---|---|
| I.V., a minor, by and through her Guardian ad Litem Ron V., <br><br> Plaintiff, <br><br> v. <br><br> VACAVILLE UNIFIED SCHOOL DISTRICT, a public entity; JANE SHAMIEH, an individual; KIM KLOPSON, an individual; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No.  2:19-cv-00273-KJM-DB <br><br> **ORDER GRANTING PLAINTIFF'S UNOPPOSED REQUEST TO FILE DOCUMENTS UNDER SEAL** <br><br> Courtroom:     Courtroom 3, 15th floor <br> Judge:            The Hon. Kimberly J. Mueller <br><br> Case Filed: February 13, 2019 |

**ORDER**

Upon consideration of Plaintiff's Notice Of Request To Seal and Unopposed Request To File Documents Under Seal, having reviewed the documents in question, and good cause appearing thereto, it is hereby **ORDERED** that Plaintiff's Request To File Documents Under Seal be and is hereby Granted.

The Court authorizes the following documents to be filed under seal, until further order of the Court:

1) The seven-page contingent-fee agreement between Plaintiff and counsel; and
2) The two-page "Attachment to Minor's Compromise" which sets forth the terms and structure of the proposed annuity, details the net amount to the minor into the structure annuity, the payee of the separate annuity check, and the required language and tax codes.
3) The Request to Seal.

**IT IS SO ORDERED**

DATED: September 23, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE