JASON M. SHERMAN, ESQ. (SBN 245190)
jason@jsl-law.com
KRISTEN M. CAPRINO, ESQ. (SBN 306815)
kristen@jsl-law.com
JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation
Harvard Square
2180 Harvard Street, Suite 560
Sacramento, CA 95815
Telephone: (916) 921-5800
Facsimile: (916) 921-0247

Attorneys for DEFENDANTS:
VACAVILLE UNIFIED SCHOOL DISTRICT and JANE SHAMIEH

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.V., a minor by and through her *Guardian ad Litem* RON V.., <br><br> Plaintiff, <br><br> v. <br><br> VACAVILLE UNIFIED SCHOOL DISTRICT, a public entity; JANE SHAMIEH, an individual; KIM KLOPSON, an individual, and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO. 2:19-cv-000273-KJM-DB <br><br> **ORDER GRANTING UNOPPOSED APPLICATION FOR ORDER APPROVING MINOR'S COMPROMISE** <br><br> Complaint Filed: February 13, 2019 <br> Trial Date: None Set |

Plaintiff I.V.'s Unopposed Application for an Order Approving a Minor's Compromise was heard by the Court on October 20, 2020. Attorney, Micha Star Liberty was present for Plaintiff. Guardian ad Litem, Ron V. was present. Attorney, Jason Sherman, was present for Defendants Vacaville Unified School District and Jane Shamieh. Attorney, Natasha Langenfeld was present for Defendant Kim Klopson.

///

1

**[PROPOSED] ORDER GRANTING UNOPPOSED APPLICATION FOR ORDER APPROVING MINOR'S COMPROMISE**

After considering the application papers and hearing from the attorneys and Guardian ad Litem, the Court finds the settlement of $1,190,000.00 to be reasonable and in the interests of the Plaintiff.  The Court GRANTS the application and approves the settlement.  The Court further finds the requested amount of attorneys' fees of 40% to be reasonable.  The Court further finds the terms of the annuity outlined in the application and supporting documents to be reasonable and is approved, and $664,130.67 of the settlement is approved to fund this annuity.

Pursuant to the terms of the settlement agreement between the parties, within 30 days of the Court signing and serving this order, a check for the remaining $525,869.33 will be made payable to Liberty Law for attorneys' fees and costs.  Any disputes between any attorneys over entitlement to attorneys' fees shall not affect Defendants or this settlement, and Defendants shall have no further obligations beyond the amounts outlined in this order, which total $1,190,000.00.

The Court GRANTS Plaintiff's motion to strike the lien on attorneys' fees filed by the Bloom Firm on June 4, 2020 [Docket #49].

Pursuant to the terms of this order, this entire action and all claims are hereby dismissed with prejudice.

**IT IS SO ORDERED.**

DATED:  October 28, 2020.

CHIEF UNITED STATES DISTRICT JUDGE

**[PROPOSED] ORDER GRANTING UNOPPOSED APPLICATION FOR ORDER APPROVING MINOR'S COMPROMISE**